STATE of Missouri, Respondent,

v.

**Douglas HOLMES, Appellant.**

**No. WD 58522.**

Missouri Court of Appeals, Western District.

April 10, 2001.

Tara Lynn Jensen, Appellate Defender Office, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, Susan K. Glass, Asst. Attys. Gen., Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, Jr., Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Douglas Holmes appeals the circuit court's judgment to convict him of three counts of robbery in the first degree and

three counts of armed criminal action. We affirm. Rule 30.25(b).